Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for County Defendants

Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW NEWTON, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a municipal corporation; PHILIP AMICI, in his individual and official capacity; CARL MOHNS in his individual capacity; ADRIAN LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity, <br><br> Defendants. | NO. 2:25-cv-00112-TOR <br><br> **COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** |

Defendants Douglas County, Adrian Lopez and Rubi Ramirez (hereinafter "County defendants") answer plaintiff's complaint as follows:

## I.   INTRODUCTION

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 1**

1.1   In answering the allegations contained in paragraph 1.1 of plaintiff's complaint, County defendants respond that said paragraph does not contain allegations of fact therefore no response is required.  To the extent such paragraph does contain allegations of fact those allegations are denied.

1.2   County defendants deny the allegations contained in paragraph 1.2 of plaintiff's complaint.

1.3   County defendants deny the allegations contained in paragraph 1.3 of plaintiff's complaint.

1.4   County defendants deny the allegations contained in paragraph 1.4 of plaintiff's complaint.

## II.   PARTIES

2.1   County defendants are without sufficient information or belief to admit or deny the allegations contained paragraph 2.1 of plaintiff's complaint and therefore deny the same.

2.2   In answering the allegations contained in paragraph 2.2 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

2.3   In answering the allegations contained in paragraph 2.3 of plaintiff's complaint County defendants admit that Douglas County is a municipal

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 2**

**MENKE JACKSON BEYER**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

corporation formed under the laws of the State of Washington and that the Douglas County Sheriff's Department is a Department of the County.

2.4  In answering the allegations contained in paragraph 2.4 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

2.5  In answering the allegations contained in paragraph 2.5 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

2.6  County defendants admit the allegations contained in paragraph 2.6 of plaintiff's complaint.

2.7  County defendants admit the allegations contained in paragraph 2.7 of plaintiff's complaint.

2.8  County defendants deny the allegations contained in the first sentence of paragraph 2.8 of plaintiff's complaint.  In answering the remaining allegations contained in said paragraph County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

### III.   JURISDICTION AND VENUE

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 3**

3.1    County defendants admit the allegations contained in paragraph 3.1 of plaintiff's complaint.

3.2    County defendants admit the allegations contained in paragraph 3.2 of plaintiff's complaint.

## IV.    FACTS

4.1    County defendants admit the allegations contained in paragraph 4.1 of plaintiff's complaint.

4.2    County defendants admit the allegations contained in paragraph 4.2 of plaintiff's complaint.

4.3    County defendants admit the allegations contained in paragraph 4.3 of plaintiff's complaint.

4.4    County defendants are without sufficient information or belief to admit or deny the allegations contained in paragraph 4.4 of plaintiff's complaint and therefore deny the same.

4.5    County defendants deny the allegations contained in paragraph 4.5 of plaintiff's complaint.

4.6    County defendants admit the allegations contained in paragraph 4.6 of plaintiff's complaint.

4.7    County defendants deny the allegations contained in paragraph 4.7 of plaintiff's complaint.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 4**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.8  County defendants deny the allegations contained in paragraph 4.8 of plaintiff's complaint.

4.9  County defendants deny the allegations contained in paragraph 4.9 of plaintiff's complaint.

4.10  In answering the allegations contained in paragraph 4.10 of plaintiff's complaint County defendants respond that said paragraph only contains conclusions of law and that RCW 46.20.015 speaks for itself therefore no response is required.

4.11  County defendants admit the allegations contained in paragraph 4.11 of plaintiff's complaint.

4.12  In answering the allegations contained in paragraph 4.12 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.13  County defendants deny the allegations contained in paragraph 4.13 of plaintiff's complaint.

4.14  In answering the allegations contained in paragraph 4.14 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 5**

4.15   In answering the allegations contained in paragraph 4.15 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.16   In answering the allegations contained in paragraph 4.16 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.17   County defendants deny the allegations contained in paragraph 4.17 of plaintiff's complaint.

4.18   In answering the allegations contained in paragraph 4.18 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.19   In answering the allegations contained in paragraph 4.19 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.20   In answering the allegations contained in paragraph 4.20 of plaintiff's complaint County defendants respond that said allegations are not directed to

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 6**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.21    County defendants admit the allegations contained in paragraph 4.21 of plaintiff's complaint.

4.22    In answering the allegations contained in paragraph 4.22 of plaintiff's complaint County defendants admit that plaintiff was not armed with a firearm at the time of the incident described in the complaint.

4.23    County defendants deny the allegations contained in paragraph 4.23 of plaintiff's complaint.

4.24    County defendants admit the allegations contained in paragraph 4.24 of plaintiff's amended complaint.

4.25    In answering the allegations contained in paragraph 4.25 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.26    In answering the allegations contained in paragraph 4.26 of plaintiff's complaint County defendants admit that defendant Ramirez did call plaintiff by his first name as that was the only name he had provided.

4.27    County defendants admit the allegations contained in paragraph 4.27 of plaintiff's complaint.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 7**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.28   County defendants admit the allegations contained in paragraph 4.28 of plaintiff's complaint.

4.29   In answering the allegations contained in paragraph 4.29 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.30   County defendants admit the allegations contained in paragraph 4.30 of plaintiff's complaint.

4.31   In answering the allegations contained in paragraph 4.31 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.32   County defendants admit the allegations contained in paragraph 4.32 of plaintiff's complaint.

4.33   In answering the allegations contained in paragraph 4.33 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.34   County defendants are without sufficient information or belief to admit or deny the allegations contained in paragraph 4.34 of plaintiff's complaint and therefore deny the same.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 8**

4.35  County defendants deny the allegations contained in paragraph 4.35 of plaintiff's complaint.

4.36  County defendants deny the allegations contained in paragraph 4.36 of plaintiff's amended complaint.

4.37  County defendants admit the allegations contained in paragraph 4.37 of plaintiff's complaint.

4.38  In answering the allegations contained in paragraph 4.38 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.39  County defendants deny the allegations contained in paragraph 4.39 of plaintiff's complaint.

4.40  County defendants deny the allegations contained in paragraph 4.40 of plaintiff's complaint.

4.41  In answering the allegations contained in paragraph 4.41 of plaintiff's complaint County defendants respond that said allegations are not directed to County defendants and do not contain allegations of fact related to County defendants therefore no response is required from them.

4.42  County defendants deny the allegations contained in paragraph 4.42 of plaintiff's complaint.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 9**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

Case 2:25-cv-00112-TOR    ECF No. 8    filed 06/11/25    PageID.68    Page 10 of 16

4.43   County defendants admit the allegations contained in paragraph 4.43 of plaintiff's complaint.

4.44   In answering the allegations contained in paragraph 4.44 of plaintiff's complaint County defendants admit that the plaintiff was transported to Central Washington Hospital for evaluation.  County defendants deny the remaining allegations contained in said paragraph

4.45   County defendants admit the allegations contained in paragraph 4.45 of plaintiff's complaint.

4.46   In answering the allegations contained in paragraph 4.46 of plaintiff's complaint County defendants respond that although plaintiff has not yet been convicted of any offenses related to the incident on May 23, 2023 charges are still pending related to such incident.  County defendants deny the remaining allegations contained in said paragraph.

4.47   County defendants deny the allegations contained in paragraph 4.47 of plaintiff's complaint.

### V.   LEGAL CLAIMS
### FIRST CAUSE OF ACTION
**Violations of Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983) Against all Individual Defendants**

5.1   County defendants incorporate all foregoing admissions and denials.

5.2   County defendants deny the allegations contained in paragraph 5.2 of plaintiff's complaint.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 10**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

5.3   County defendants deny the allegations contained in paragraph 5.3 of plaintiff's complaint.

5.4   County defendants deny the allegations contained in paragraph 5.4 of plaintiff's complaint.

5.5   County defendants deny the allegations contained in paragraph 5.5 of plaintiff's complaint.

5.6   County defendants deny the allegations contained in paragraph 5.6 of plaintiff's complaint.

5.7   County defendants deny the allegations contained in paragraph 5.7 of plaintiff's complaint.

**SECOND CAUSE OF ACTION**
**Assault and Battery**
**Against All Defendants**

5.8   County defendants incorporate all foregoing admissions and denials.

5.9   County defendants deny the allegations contained in paragraph 5.9 of plaintiff's complaint.

5.10   In answering the allegations contained in paragraph 5.10 of plaintiff's complaint County defendants admit that Douglas County is vicariously liable for certain acts and omissions of its employees committed in the course and scope of their official duties. However, County defendants expressly deny that the acts alleged in plaintiff's complaint give rise to vicarious liability.

**COUNTY DEFENDANTS' ANSWER**
**AND AFFIRMATIVE DEFENSES - 11**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

5.11   County defendants deny the allegations contained in paragraph 5.11 of plaintiff's complaint.

### THIRD CAUSE OF ACTION
### Outrage
### Against All Defendants

5.12   County defendants incorporate all foregoing admissions and denials.

5.13   County defendants deny the allegations contained in paragraph 5.13 of plaintiff's complaint.

5.14   In answering the allegations contained in paragraph 5.14 of plaintiff's complaint County defendants admit that Douglas County is vicariously liable for certain acts and omissions of its employees committed in the course and scope of their official duties.  However, County defendants expressly deny that the acts alleged in plaintiff's complaint give rise to vicarious liability.

5.15   County defendants deny the allegations contained in paragraph 5.15 of plaintiff's complaint.

### FOURTH CAUSE OF ACTION
### Negligence
### Against All Defendants

5.16   County defendants incorporate all foregoing admissions and denials.

5.17   In answering the allegations contained in the first sentence of paragraph 5.17 of plaintiff's complaint County defendants respond that said sentence contains only arguments of law and no allegations of fact therefore no

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 12**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

response is required. County defendants deny the allegations contained in the second sentence of said paragraph.

5.18 County defendants deny the allegations contained in paragraph 5.18 of plaintiff's complaint.

5.19 County defendants deny the allegations contained in paragraph 5.19 of plaintiff's complaint.

5.20 County defendants deny the allegations contained in paragraph 5.20 of plaintiff's complaint.

## FIFTH CAUSE OF ACTION
### *Monell* Action
### Against Douglas County and City of East Wenatchee

5.21 County defendants deny the allegations contained in paragraph 5.21 of plaintiff's complaint.

5.22 County defendants deny the allegations contained in paragraph 5.22 of plaintiff's complaint.

5.23 County defendants deny the allegations contained in paragraph 5.23 of plaintiff's complaint.

## ALL ALLEGATIONS NOT EXPRESSLY ADMITTED ARE DENIED

## AFFIRMATIVE DEFENSES

County defendants assert by way of affirmative defenses the following:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. All conduct alleged by the plaintiff was lawful.

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 13**

**MENKE JACKSON BEYER**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

3. The individual County defendants are qualifiedly immune from suit.

4. The plaintiff's damages, if any, were caused by plaintiff himself and/or third parties over whom the County defendants exercised no control or right to control and who may or may not be a party to this action.

5. The plaintiff has failed to mitigate his damages, if any.

6. The conduct of the County defendants was not the proximate cause of plaintiff's injuries and damages, if any.

7. The plaintiff's claims are barred in whole or part by the public duty doctrine.

8. The plaintiff's claims are barred in whole or part by res judicata and/or collateral estoppel.

9. The plaintiff's claims are barred by RCW 5.40.060(1).

10. The plaintiff has failed to strictly comply with RCW 4.96 et seq. which is a necessary condition precedent to certain state law claims.

11. The plaintiff's claims may be barred in whole or part by the applicable statute of limitations.

## PRAYER FOR RELIEF

County defendants request the following relief:

1. Plaintiff's complaint be dismissed with prejudice;

2. Plaintiff be awarded nothing;

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 14**

3. County defendants be awarded their reasonable attorney's fees and costs pursuant to applicable statute, case law or recognized ground in equity for litigating this matter; and

4. For such other and further relief as the court deems just and equitable under the circumstances.

DATED this 11th day of June, 2025

        s/KIRK A. EHLIS (WSBA #22908)
Attorneys for County Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 15**

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Nathaniel Flack WSBA #58582
>NathanielF@mhb.com
>*Attorney for Plaintiff*
>
>Lauren I. Freidenberg WSBA #59145
>LaurenF@mhb.com
>*Attorney for Plaintiff*
>
>Ann E. Trivett WSBA #39228
>atrivett@kbmlawyers.com
>*Attorneys for City Defendants*
>
>Anthony S. Marinella WSBA #55611
>amarinella@kbmlawyers.com
>*Attorneys for City Defendants*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None

>/s/Kirk A. Ehlis
>Kirk A. Ehlis (WSBA #22908)
>Attorneys for Defendants
>Douglas County, Rubi Ramirez
>and Adrian Lopez
>Menke Jackson Beyer, LLP
>807 North 39th Avenue
>Yakima, Washington 98902
>Telephone: (509) 575-0313
>Fax: (509) 575-0351
>Email: kehlis@mjbe.com

**COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES - 16**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351