The Honorable Thomas O. Rice

Ann E. Trivett, WSBA #39228
Anthony S. Marinella, WSBA #55611
Keating, Bucklin & McCormack, Inc., P.S.
1201 Third Ave, Suite 1580
Seattle, WA 98101
(206) 623-8861

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON SPOKANE

ANDREW NEWTON,

                Plaintiff,

v.

CITY OF EAST WENATCHEE, a
municipal corporation; DOUGLAS
COUNTY, a municipal corporation;
PHILIP AMICI, in his Individual and
official capacity; CARL MOHNS in
his individual and official capacity;
ADRIAN LOPEZ, in his individual
and official capacity; WILLIAM
LANE, in his individual and official
capacity; and RUBI RAMIREZ, in
her individual and official capacity,

                Defendants.

No. 2:25-cv-00112-TOR

EAST WENATCHEE
DEFENDANTS' ANSWER AND
AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT

**JURY DEMAND**

## <u>ANSWER</u>

COME NOW defendants CITY OF EAST WENATCHEE, PHILIP

AMICI, CARL MOHNS, and WILLIAM LANE (hereinafter the "East

Wenatchee Defendants"), by and through their undersigned counsel, and by

way of answer to Plaintiff's Complaint, admit, deny, and allege as follows:

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 1
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## I.    INTRODUCTION

1.1    Paragraph 1.1 contains legal conclusions to which no response is required. To the extent a response is necessary, the East Wenatchee Defendants deny all allegations and deny all allegations of wrongdoing.

1.2    In answer to paragraph 1.2, the East Wenatchee Defendants admit that Defendant Ramirez initiated a stop of Plaintiff. Except as admitted, denied.

1.3    The East Wenatchee Defendants deny the allegations asserted in paragraph 1.3.

1.4    In answer to paragraph 1.4, the East Wenatchee Defendants are without knowledge sufficient to form a belief as to Plaintiff's familial relations. The East Wenatchee Defendants deny the remaining allegations asserted in this paragraph.

## II.    **PARTIES**

2.1    In answer to paragraph 2.1, the East Wenatchee Defendants deny this paragraph for lack of information.

2.2    In answer to paragraph 2.2, the East Wenatchee Defendants admit.

2.3    The allegations asserted in this paragraph are not directed to the East Wenatchee Defendants and therefore no answer is required.  To the extent

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 2
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

an answer is required, denied for lack of information.

2.4    In answer to paragraph 2.4, the East Wenatchee Defendants admit that, during the incident at issue in Plaintiff's Complaint, Philip Amici was employed as a police officer for the City of East Wenatchee Police Department, was acting under color of law, and was acting within the scope of his employment as an East Wenatchee police officer. Except as admitted, denied.

2.5    In answer to paragraph 2.4, the East Wenatchee Defendants admit that, during the incident at issue in Plaintiff's Complaint, Carl Mohns was employed as a police officer for the City of East Wenatchee Police Department, was acting under color of law, and was acting within the scope of his employment as an East Wenatchee police officer. Except as admitted, denied.

2.6    The allegations asserted in this paragraph are not directed to the East Wenatchee Defendants and therefore no answer is required.  To the extent an answer is required, denied for lack of information.

2.7    The allegations asserted in this paragraph are not directed to the East Wenatchee Defendants and therefore no answer is required.  To the extent an answer is required, denied for lack of information.

2.8    In answer to paragraph 2.4, the East Wenatchee Defendants admit

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 3
2:25-cv-00112-TOR

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

that, during the incident at issue in Plaintiff's Complaint, Carl Mohns was employed as a police officer for the City of East Wenatchee Police Department, was acting under color of law, and was acting within the scope of his employment as an East Wenatchee police officer. Except as admitted, denied.

## III.    JURISDICTION AND VENUE

3.1    In answer to paragraph 3.1, the East Wenatchee Defendants admit that this Court has subject matter jurisdiction. Except as admitted, denied.

3.2    In answer to paragraph 3.2, the East Wenatchee Defendants admit that venue is proper. Except as admitted, denied.

## IV.    FACTS

4.1    In answer to paragraph 4.1, the East Wenatchee Defendants admit they made contact with Plaintiff in the Fred Meyer parking lot at 11 Grant Road in East Wenatchee. Except as admitted, denied for lack of information.

4.2    In answer to paragraph 4.2, the East Wenatchee Defendants assert these allegations are not directed to them and thus no response is required. To the extent an answer is required, denied for lack of information.

4.3    In answer to paragraph 4.3, the East Wenatchee Defendants admit they made contact with Plaintiff in the Fred Meyer parking lot at 11 Grant Road in East Wenatchee. Except as admitted, denied for lack of information.

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 4
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.4     In answer to paragraph 4.4, the East Wenatchee Defendants deny the allegations for lack of information.

4.5     In answer to paragraph 4.5, the East Wenatchee Defendants assert these allegations are not directed to them and thus no response is required. To the extent an answer is required, denied for lack of information.

4.6     In answer to paragraph 4.6, the East Wenatchee Defendants assert these allegations are not directed to them and thus no response is required. To the extent an answer is required, denied for lack of information.

4.7     The East Wenatchee Defendants deny the allegations asserted in paragraph 4.7.

4.8     The East Wenatchee Defendants deny the allegations asserted in paragraph 4.8.

4.9     The East Wenatchee Defendants deny the allegations asserted in paragraph 4.9.

4.10     The allegations asserted in paragraph 4.10 are legal conclusions to which no answer is required.  To the extent an answer is required, RCW 46.20.015 speaks for itself, and any remaining allegations are denied.

4.11     In answer to paragraph 4.11, the East Wenatchee Defendants admit that Officer Amici arrived at the scene at approximately 9:40 p.m. Except as admitted, denied.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.12   In answer to paragraph 4.12, the East Wenatchee Defendants admit that Officer Amici participated in the arrest of Plaintiff. Except as admitted, denied.

4.13   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.13.

4.14   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.14.

4.15   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.15.

4.16   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.15.

4.17   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.17.

4.18   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.18.

4.19   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.19.

4.20   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.20.

4.21   The East Wenatchee Defendants deny the allegations asserted in

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

paragraph 4.21.

4.22   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.22 for lack of information.

4.23   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.23.

4.24   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.24.

4.25   In answer to paragraph 4.25, the East Wenatchee Defendants admit that Officer Amici told Plaintiff he had failed to identify himself. Except as admitted herein, denied.

4.26   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.26.

4.27   In answer to paragraph 4.27, the East Wenatchee Defendants admit that other law enforcement personnel arrived on scene. Except as admitted, denied.

4.28   In answer to paragraph 4.28, the East Wenatchee Defendants admit that Deputy Adrian Lopez arrived at the scene.  Except as admitted, denied.

4.29   In answer to paragraph 4.29, the East Wenatchee Defendants admit that Officer Lane arrived at the scene.  Except as admitted, denied.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.30   The East Wenatchee Defendants admit the allegations asserted in paragraph 4.30.

4.31   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.31.

4.32   In answer to paragraph 4.32, the East Wenatchee Defendants admit that the passage of time speaks for itself, and that any/all relevant video footage which shows time speaks for itself. Defendants deny the remaining allegations contained in this paragraph.

4.33   In answer to paragraph 4.33, the East Wenatchee Defendants admit that Officer Amici deployed his taser on Plaintiff. Except as admitted, denied.

4.34   In answer to paragraph 4.34, the East Wenatchee Defendants admit the Taser deployment appeared to temporarily cause Plaintiff neuromuscular incapacitation.  Except as admitted, denied.

4.35   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.35.

4.36   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.36.

4.37   In answer to paragraph 4.37, Defendants assert these allegations are not directed to them and thus no response is required. To the extent a

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 8
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

response is required, the report speaks for itself.

4.38   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.38.

4.39   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.39.

4.40   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.40.

4.41   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.41.

4.42   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.42.

4.43   The East Wenatchee Defendants admit the allegations asserted in paragraph 4.43.

4.44   In answer to paragraph 4.44, the East Wenatchee Defendants admit that Plaintiff was transported to Central Washington Hospital. Except as admitted, denied.

4.45   In answer to paragraph 4.45, Defendants assert these allegations are not directed to them and thus no response is required. To the extent a response is required, denied for lack of information.

4.46   In answer to paragraph 4.46, Defendants assert these allegations

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 9
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

are not directed to them and thus no response is required. To the extent a response is required, denied.

4.47   The East Wenatchee Defendants deny the allegations asserted in paragraph 4.47.

## V.     LEGAL CLAIMS

### FIRST CAUSE OF ACTION
**Violations of Fourth Amendment to U.S. Constitution (42 U.S.C. § 1983) Against all Individual Defendants**

5.1     In answer to paragraph 5.1, the East Wenatchee Defendants reassert and incorporate by reference their answers to all preceding paragraphs, as if fully set forth herein.

5.2     Paragraph 5.2 contains legal conclusions to which no response is required. To the extent a response is required, denied.

5.3     Paragraph 5.3 contains legal conclusions to which no response is required. To the extent a response is required, denied.

5.4     Paragraph 5.4 contains legal conclusions to which no response is required. To the extent a response is required, denied.

5.5     The East Wenatchee Defendants deny the allegations asserted in paragraph 5.5.

5.6     The East Wenatchee Defendants deny the allegations asserted in paragraph 5.6.

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 10
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

5.7    The East Wenatchee Defendants deny the allegations asserted in paragraph 5.7.

### SECOND CAUSE OF ACTION
**Assault and Battery**
**Against All Defendants**

5.8    In answer to paragraph 5.8, the East Wenatchee Defendants reassert and incorporate by reference their answers to all preceding paragraphs, as if fully set forth herein.

5.9    Paragraph 5.9 contains legal conclusions to which no response is required. To the extent a response is required, denied.

5.10    Paragraph 5.10 contains legal conclusions to which no response is required.

5.11    The East Wenatchee Defendants deny the allegations asserted in paragraph 5.11.

### THIRD CAUSE OF ACTION
**Outrage**
**Against All Defendants**

5.12    In answer to paragraph 5.12, the East Wenatchee Defendants reassert and incorporate by reference their answers to all preceding paragraphs, as if fully set forth herein.

5.13    Paragraph 5.13 contains legal conclusions to which no response is required. To the extent a response is required, denied.

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 11
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

5.14   Paragraph 5.14 contains legal conclusions to which no response is required.

5.15   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.15.

## FOURTH CAUSE OF ACTION
### Negligence
### Against All Defendants

5.16   In answer to paragraph 5.16, the East Wenatchee Defendants reassert and incorporate by reference their answers to all preceding paragraphs, as if fully set forth herein.

5.17   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.17.

5.18   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.18.

5.19   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.19.

5.20   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.20.

## FIFTH CAUSE OF ACTION
### *Monell Action*
### Against Douglas County and City of East Wenatchee

5.21   The East Wenatchee Defendants deny the allegations asserted in

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 12
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

paragraph 5.21.

5.22   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.22.

5.23   The East Wenatchee Defendants deny the allegations asserted in paragraph 5.23.

## VI.   <u>PRAYER FOR RELIEF</u>

The East Wenatchee Defendants deny all allegations of wrongdoing and liability as alleged against them and further deny that Plaintiff is entitled to any relief sought, including any allegations stated in paragraphs 6.1 – 6.11 of the Prayer for Relief section of his Complaint.


FURTHER, AND BY WAY OF AFFIRMATIVE DEFENSES, Defendants allege as follows:


1.     <u>FAILURE TO STATE A CLAIM:</u>  Plaintiff has failed to state a claim upon which relief may be granted.

2.     <u>QUALIFIED IMMUNITY:</u>   The individual East Wenatchee defendants are entitled to federal and state law qualified immunity.

3.     <u>YOUNGER ABSTENTION DOCTRINE:</u> Some of Plaintiff's claims may be barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and/or the Younger abstention doctrine. *See*

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 13
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

*Dubinka v. Judges of Superior Ct.*, 23 F.3d 218, 223 (9th Cir. 1994).

4.    **COLLATERAL ESTOPPEL**: Some of Plaintiff's claims may be barred by the doctrine of collateral estoppel.

5.    **ASSUMPTION OF RISK:**  Plaintiff assumed the risk of the injuries he allegedly suffered as a result of his failure to comply with lawful police commands.

6.    **INTOXICATION DEFENSE:** Plaintiff was under the influence of intoxicating liquor and/or drugs during the time period at issue in his Complaint, and his state law claims are therefore barred under RCW 5.40.060(1).

7.    **FELONY BAR:** Plaintiff was committing a felony at the time he sustained the alleged damages, and his state law claims are therefore barred pursuant to RCW 4.24.420.

8.    **CONTRIBUTORY NEGLIGENCE:** If the Court or jury finds that any other at-fault party, non-party, or entity caused any of Plaintiff's damages, fault should be apportioned under RCW 4.22.070.

9.    **RESERVATION OF RIGHTS:**    By reservation of rights, without waiver, the East Wenatchee Defendants specifically reserve the right to amend their answer and affirmative defenses herein, as discovery or circumstances may warrant.

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 14
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

## PRAYER FOR RELIEF

WHEREFORE, the EAST WENATCHEE DEFENDANTS pray for the following relief:

1.      That Plaintiff's Complaint be dismissed with prejudice, and that Plaintiff take nothing thereby;

2.      That the East Wenatchee Defendants be allowed their statutory costs and reasonable attorney fees incurred herein; and

3.      For such additional relief the Court may deem just and equitable.

DATED this 30th day of June, 2025.

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By:  */s/ Ann E. Trivett*
        Ann E. Trivett, WSBA #39228
        Anthony S. Marinella, WSBA #55611
Attorneys for Defendant City of East
Wenatchee, Philip Amici, Carl Mohns, and
William Lane

1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone: (206) 623-8861
Fax: (206) 223-9423
Email:      atrivett@kbmlawyers.com
                amarinella@kbmlawyers.com

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 15
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on June 30, 2025, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will

4

5

send notification of such filing to the following:

6

7

**Attorneys for Plaintiff**
Nathaniel Flack, WSBA #58582

8

Lauren I. Freidenberg, WSBA #59145
MACDONALD HOAGUE & BAYLESS

9

705 Second Ave., Suite 1500

10

Seattle, WA 98104-1745
Telephone: 206-622-1604

11

Email: NathanielF@mhb.com; LaurenF@mhb.com

12

13

**Attorney for Defendants Douglas County, Ramirez and Lopez**

14

Kirk A. Ehlis, WSBA #22908
MENKE JACKSON BEYER, LLP

15

807 North 39th Ave.

16

Yakima, WA 98902
Email: kehlis@mjbe.com

17

18

DATED: June 30, 2025

19

20

_/s/ Ann E. Trivett_

21

Ann E. Trivett, WSBA #39228
Email: atrivett@kbmlawyers.com

22

23

24

25

26

27

EAST WENATCHEE DEFENDANTS' ANSWER
AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT - 16
2:25-cv-00112-TOR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423