UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW NEWTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a municipal corporation; PHILIP AMICI, in his Individual and official capacity; CARL MOHNS in his individual and official capacity; ADRIAN LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity,<br><br>　　　　Defendants. | CASE NO: 2:25-CV-0112-TOR<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

**SCHEDULING CONFERENCE**

**DATE: September 10, 2025     TIME: 8:15 AM**

A Scheduling Conference will be conducted via Zoom audio before Judge Thomas O. Rice on the date and time indicated above. The Court will send out a Zoom meeting invite via e-mail to all parties prior to the hearing. All pro se parties and/or

ORDER SETTING SCHEDULING CONFERENCE - 1

an attorney substantively familiar with the case must participate in the scheduling conference.

Rule 26(d)(1) prohibits a party from seeking discovery from any source before the parties have had their Rule 26(f) conference. The parties shall make their Rule 26(a)(1) initial disclosures at or within 14 days after this Rule 26(f) conference.

To ensure that discovery and trial preparation advances efficiently, the parties shall discuss each and every one of the following subjects during the Rule 26(f) conference and then file a combined report addressing **each one of these subjects** not less than **14 days before** the Scheduling Conference:

    a. whether jurisdiction and venue exist and, if they do exist, the basis for each;

    b. whether service of process is complete and, if not, a deadline for completion;

    c. a brief description of the claims and defenses;

    d. whether a statute's constitutionality is being challenged, see Fed. R. Civ. P. 5.1, and whether the required notice has been provided;

    e. whether any issues should be certified to a state supreme court;

    f. suggested deadline[1] for adding additional parties, amending the pleadings, and seeking class certification;

    g. whether all non-government corporate parties have filed the necessary ownership statement, see Fed. R. Civ. P. 7.1;

    h. whether the case involves a minor or incompetent party and whether the appointment of a guardian *ad litem* is necessary, see LCivR 17(c);

    i. discovery:
- confirmation that initial disclosures, see Fed. R. Civ. P. 26(a)(1),

---

[1] All suggested deadlines shall be provided in a date certain format, *e.g. January 1, 2024.*

ORDER SETTING SCHEDULING CONFERENCE ~ 2

will be accomplished by the time of the hearing;
- subjects on which discovery may be needed;
- any issues about preserving discoverable information, including electronically stored information;
- claims of privilege, protection of confidentiality, and proposed confidentiality agreements;
- proposed agreements reached under Fed. R. Evid. 502;
- proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
- suggested expert disclosure deadlines; and
- suggested discovery cut-off;

j. anticipated motions and suggested dispositive motion filing deadlines;

k. trial:
- whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, <u>a jury demand must be filed within 30 days after removal, see LCivR 38(d)</u>;
- suggested trial date(s) and location;
- anticipated length of trial;
- requests for bifurcation; and
- the need for special audio/visual courtroom technology;

l. the likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution, and

m. any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

n. **whether the parties require the Scheduling Conference or consent to the Court striking the hearing and issuing a scheduling order.**

//

//

//

ORDER SETTING SCHEDULING CONFERENCE - 3

DATED July 3, 2025.



THOMAS O. RICE
United States District Judge

ORDER SETTING SCHEDULING CONFERENCE - 4