Honorable Thomas O. Rice

Lauren I. Freidenberg, WSBA #59145
Nathaniel Flack, WSBA #58582
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREW NEWTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a municipal corporation; PHILIP AMICI, in his individual and official capacity; CARL MOHNS in his individual and official capacity; ADRIAN LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity,<br><br>　　　　Defendants. | No. 2:25-cv-00112-TOR<br><br>STIPULATED MOTION TO STAY PROCEEDINGS<br><br><br>September 2, 2025<br>Without Oral Argument |

### I.　MOTION

Come now Plaintiff Andrew Newton and Defendants City of East Wenatchee, Douglas County, Philip Amici, Carl Mohns, Adrian Lopez, William Lane, Rubi

Ramirez, and through their respective counsel jointly request that the Court enter an Order staying this matter and all related deadlines pending the resolution of a related criminal proceeding.

## II.    BACKGROUND

### Procedural History

Plaintiff filed this civil rights action under 42 U.S.C. §1983 action on April 7, 2025. The allegations in the lawsuit concern police use of force during the arrest of Mr. Newton on May 28, 2023. Defendants filed answers on June 11, 2025 (Douglas County Defendants) and June 30, 2025 (East Wenatchee Defendants). The Court issued its Order Setting Scheduling Conference on July 3, 2025, setting a Scheduling Conference for September 10, 2025. The Court has not set a trial date or case schedule at this time.

### Criminal Proceeding: *State of Washington v. Andrew Newton*, No.25CR43493 (Douglas County District Court)

On or about May 6, 2025, the Douglas County Prosecuting Attorney caused a criminal complaint to be filed against Plaintiff in Douglas County District Court, charging Plaintiff with an alleged DUI arising from the incident at issue in this lawsuit, and setting Plaintiff's arraignment on this charge for May 28, 2025. *See* Exhibit 1 to Flack Declaration (Douglas County District Court Complaint). At this time, the criminal prosecution is proceeding forward. No trial date has yet been set in the criminal proceeding.

STIPULATED MOTION TO STAY PROCEEDINGS - 2

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

### III. **DISCUSSION**

The parties jointly request that this civil case be stayed pending the resolution of the related criminal prosecution. *See generally Keating v. Office of Thrift Supervision*, 45 F.3d 322, 325 (9th Cir. 1995) (holding while the Constitution does not require a stay pending resolution of a related criminal proceeding, "a court may decide in its discretion to stay civil proceedings . . . when the interests of justice seem[] to require such action.") (cleaned up); *SEC v. Glob. Wholehealth Partners Corp.*, No. 22-cv-219-WQH-BGS, 2022 U.S. Dist. LEXIS 105998 (S.D. Cal. June 13, 2022) (granting stay under *Keating*). The parties stipulate and agree that the interests of justice and judicial economy weigh in favor of a stay in the circumstances of this case, so that the parties can attend to the criminal allegations before civil claims proceed.

The parties propose that initial disclosures and all discovery in this action should be stayed pending resolution of the criminal proceeding. To ensure the prompt resolution of this case, the parties shall inform the Court immediately of the final disposition of the criminal proceeding, so that the stay can be lifted. The parties further propose that, upon lifting of the proposed stay, the parties will submit to the Court a joint proposed discovery plan and case schedule for the Court's consideration, within 14 days of the stay being lifted.

///

///

///

///

///

///

///

Dated this 1ˢᵗ day of August, 2025.

Respectfully submitted,

**MacDONALD HOAGUE & BAYLESS**

By: */s/Nathaniel Flack*
Lauren I. Freidenberg, WSBA #59145
Nathaniel Flack, WSBA #58582
705 Second Avenue, Suite 1500
Seattle, WA 98104
206-622-1604
LaurenF@mhb.com
NathanielF@mhb.com

*Attorneys for Plaintiff*

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**

By: */s/ Ann E. Trivett*

Ann E. Trivett, WSBA #39228
Anthony S. Marinella, WSBA #55611
*Attorneys for Defendant City of East Wenatchee, Philip Amici, Carl Mohns, and William Lane*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: atrivett@kbmlawyers.com
amarinella@kbmlawyers.com

**MENKE JACKSON BEYER, LLP**

      */s/ Kirk Ehlis*_____
Kirk Ehlis
Attorneys for County Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

*Attorneys for Defendants Douglas County, Adrian Lopez and Rubi Ramirez*

CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled **Stipulated Motion to Stay Proceedings** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**

Ann E. Trivett, WSBA #39228
Anthony S. Marinella, WSBA #55611
Email: atrivett@kbmlawyers.com
            amarinella@kbmlawyers.com

*Attorneys for Defendant City of East Wenatchee, Philip Amici, Carl Mohns, and William Lane*

**MENKE JACKSON BEYER, LLP**
Kirk Ehlis
Email: kehlis@mjbe.com

*Attorneys for Defendants Douglas County, Adrian Lopez and Rubi Ramirez*

DATED this 1st day of August, 2025, at Seattle, Washington.

*/s/ Andrew Drake*
Andrew Drake, Legal Assistant