Honorable Thomas O. Rice

Lauren I. Freidenberg, WSBA #59145
Nathaniel Flack, WSBA #58582
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREW NEWTON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a municipal corporation; PHILIP AMICI, in his individual and official capacity; CARL MOHNS in his individual and official capacity; ADRIAN LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity,<br><br>        Defendants. | No. 2:25-cv-00112-TOR<br><br>DECLARATION OF NATHANIEL FLACK IN SUPPORT OF THE PARTIES' STIPULATION FOR STAY |

I, Nathaniel Flack, declare:

I am an attorney licensed to practice law in the State of Washington. I am one of the attorneys representing the Plaintiff in the above captioned matter.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF PARTIES' STIPULATION FOR STAY - 1

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1. Attached here as **Exhibit 1** is a true copy of a Complaint filed in Douglas County District Court in the matter of *State of Washington v. Andrew David Newton*, 25CR43493.

I swear the foregoing is true and correct to the best of my knowledge under penalty of perjury under the laws of the United States.

Dated this 1st day of August, 2025 at New York, New York.

Respectfully submitted,

**MacDONALD HOAGUE & BAYLESS**

By: */s/Nathaniel Flack*
Lauren I. Freidenberg, WSBA #59145
Nathaniel Flack, WSBA #58582
705 Second Avenue, Suite 1500
Seattle, WA 98104
206-622-1604
LaurenF@mhb.com
NathanielF@mhb.com

*Attorneys for Plaintiff*