DOUGLAS COUNTY

MAY - 6 2025

DISTRICT COURT

DISTRICT COURT OF WASHINGTON
DOUGLAS COUNTY

| STATE OF WASHINGTON, | |
|---|---|
| Plaintiff, | No. 25CR43493 |
| v. | COMPLAINT |
| ANDREW DAVID NEWTON, | |
| Defendant. | DCPA LOG NO. 0036355 |

COMES NOW W. GORDON EDGAR, Prosecuting Attorney for Douglas County, by and through CHARISSA WILLIAMS, Deputy Prosecuting Attorney, and hereby alleges that ANDREW DAVID NEWTON did commit the following crime(s) in Douglas County, Washington:

Count I

DRIVING UNDER THE INFLUENCE

On or about May 28, 2023, in the State of Washington, the above-named Defendant did drive a vehicle (a) and have, within two hours after driving, an alcohol concentration of 0.08 or higher as shown by analysis of the person's breath or blood, and/or (b) and have, within two hours after driving, a THC concentration of 5.00 or higher as shown by analysis of the person's blood; and/or (c) while under the influence of or affected by intoxicating liquor, marijuana or any drug; and/or (d) while under the combined

COMPLAINT - 1

influence of or affected by intoxicating liquor, marijuana and any drug, contrary to RCW 46.61.502(1).

    . Driving Under the Influence is a Gross Misdemeanor and has a maximum penalty of 364 days in jail and/or a $5,000 fine, pursuant to RCW 46.61.502(5) and RCW 9.92.020, plus restitution, assessments and court costs.

JIS Code: 46.61.502 DUI

DATED: __5/5/2025__

_____
Charissa Williams, WSBA #54879
Deputy Prosecuting Attorney

Defendant Identification Information:

Andrew David Newton
553 Morning View Ave
East Wenatchee, WA 98802

[Address source--(1) Chelan County Regional Jail records, if in custody, (2) Law Enforcement report, if not in custody, or (3) Washington Department of Licensing, if no other address information available.]

DOB: 11/22/1981                Alias: Andrew David Newtom
Sex: Male                      Race: White Non-Latino/Caucasian
Height: 6'00                   Weight: 190
Hair: Brown                    Eyes: Blue
FBI:                           WA SID:

WADL: ▮▮▮▮▮▮▮▮                 AOC IN:

| COMMERCIAL VEHICLE | ☐ Yes ☐ No | 16+ PASS | ☐ Yes ☐ No | HAZMAT | ☐ Yes ☐ No | CDL/CLP | ☐ Yes ☐ No |

COMPLAINT - 2

W. GORDON EDGAR
DOUGLAS COUNTY PROSECUTING ATTORNEY
P.O. Box 360, Waterville, WA 98858-0360
509-745-8535 • FAX 509-745-8670