Honorable Thomas O. Rice

Lauren I. Freidenberg, WSBA #59145
Nathaniel Flack, WSBA #58582
MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREW NEWTON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a municipal corporation; PHILIP AMICI, in his individual and official capacity; CARL MOHNS in his individual and official capacity; ADRIAN LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity,<br><br>        Defendants. | No. 2:25-cv-00112-TOR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY THE PROCEEDINGS |

The parties' joint stipulation for a stay in this matter is hereby **GRANTED** as follows:

(PROPOSED) ORDER GRANTING JOINT STIPULATION TO STAY THE PROCEEDINGS - 1

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1. This matter is STAYED pending final resolution of the related criminal matter, *State of Washington v. Andrew David Newton*, Case No. 25CR43493 (Douglas County District Court).

2. The Parties shall promptly notify the Court upon the termination of the criminal proceeding, and submit a joint proposed discovery plan and case schedule within fourteen days of the Court lifting this stay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this _____ day of _____, 2025.

_____
Hon. THOMAS O. RICE
United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By:  */s/ Nathaniel Flack*
Lauren I. Freidenberg-McBride, WSBA # 29186
LaurenF@mhb.com
Nathaniel Flack, WSBA # 58582
NathanielF@mhb.com
Attorneys for Plaintiff

(PROPOSED) ORDER GRANTING JOINT STIPULATION TO STAY THE PROCEEDINGS - 2

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled (Proposed) Order Granting Joint Stipulation to Stay the Proceedings on the following individual(s):

| | |
|---|---|
| [ ] Via Facsimile<br>[ ] Via First Class Mail<br>[X] Via Email<br>[ ] Via Messenger<br>[ ] Via Overnight Delivery | Ann E. Trivett, WSBA # 39228<br>Anthony S. Marinella, WSBA # 55611<br>1201 Third Avenue, Suite 1580<br>Seattle, WA 98101<br>(206) 623-8861<br>ATrivett@kbmlawyers.com<br>AMarinella@kbmlawyers.com<br><br>Kirk A. Ehlis, WSBA # 22908<br>Menke Jackson Beyer, Llp<br>807 North 39th Avenue<br>Yakima, WA 98902<br>(509) 575-0313<br>kehlis@mjbe.com |

DATED this <u>1st</u> day of August, 2025, at Seattle, Washington.

*/s/ Andrew Drake*
Andrew Drake, Legal Assistant

(PROPOSED) ORDER GRANTING JOINT STIPULATION TO STAY THE PROCEEDINGS - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961