AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 18, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANDREW NEWTON ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:25-CV-00112-TOR |
| CITY OF EAST WENATCHEE, a municipal corporation; DOUGLAS COUNTY, a ) municipal corporation; PHILIP AMICI, in his individual and official capacity; ) CARL MOHNS in his individual and official capacity; ADRIAN  LOPEZ, in his individual and official capacity; WILLIAM LANE, in his individual and official capacity; and RUBI RAMIREZ, in her individual and official capacity, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    All individual Defendants (Philip Amici, Carl Mohns, Adrian Lopez, William Lane, and Rubi Rabirez) are hereby DISMISSED with prejudice and without costs or fees; Judgment entered against the City of East Wenatchee and Douglas County for $205,000.00, plus reasonable attorney's fees and costs as subsequently determined by the Court on application of Plaintiff, unless the parties reach an agreement without the need for an application to the Court. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____

Date:  June 18, 2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*